442 (Rev 11/11) Arrest Warrant

FD 129680

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
SEP 30 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

United States of America
v.
MAURICE JONES, et al.

)
)
)
)
)
)
)

Case: 19-cr-232
Assigned To: Judge Emmet G. Sullivan
Assign. Date: 7/30/2019
Description: SUPERSEDING INDICTMENT (B)
Related Case No.: 19cr232 (EGS)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

RECEIVED JUL 31, 19
U.S. MARSHAL-DC PM12:0

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* GREGORY FLETCHER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery); 18 U.S.C. § 924(c)(1) (Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence); 18 U.S.C. § 2 (Aiding and Abetting); 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); and FORFEITURE: 18 U.S.C. § 981(a)(1)(C); 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)

Date: 07/30/2019

*Issuing officer's signature*

City and state: WASHINGTON, DC

DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/30/19, and the person was arrested on *(date)* 9/30/19
at *(city and state)* Washington, DC. Received

Date: _____

*Receiving Arresting officer's signature*

Receiving DUSM T. Kinger 31344
*Printed name and title*